# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-01784-RFB-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| FLAMINGO RIDGE HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than July 6, 2018, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: June 22, 2018

NANCY J. KOPPE
United States Magistrate Judge